IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD VICTORIAN, ) No. C 07-4677 MMC (PR)
    Plaintiff, )
  v. ) **ORDER OF DISMISSAL**
CALIFORNIA DEPARTMENT OF )
CORRECTIONS AND REHABILITATION, ) **(Docket No. 1)**
    Defendant. )
_____ )

    On September 10, 2007, plaintiff, a California prisoner proceeding pro se, filed an incomplete in forma pauperis ("IFP") application. Plaintiff did not file any other documents with the IFP application.[1] That same date, the Court notified plaintiff in writing that the action was deficient due to plaintiff's failure to pay the requisite filing fee or, instead, to submit a completed court-approved IFP application. In said notice, plaintiff was advised that his failure to pay the filing fee or, alternatively, to file a completed IFP application, within thirty days, would result in dismissal of the action. Along with said notice, plaintiff was sent a copy of the Court's IFP application, instructions for completing it, and a return envelope.

    Also on that same date, the Court notified plaintiff in writing that the action was deficient due to plaintiff's failure to submit either a complaint or petition. In said notice, plaintiff was advised that his failure to submit a complaint or petition within thirty days would result in dismissal of the action. Along with said notice, plaintiff was sent a copy of the Court's civil rights complaint form, instructions for completing it, and a return envelope.

    Plaintiff has not responded to either of the Court's deficiency notices. Accordingly, as each deficiency notice was issued more than thirty days ago and plaintiff has neither submitted a complaint or petition, nor completed the IFP application or paid the filing fee, the

---

[1] Although no complaint or petition was filed, the Clerk of the Court opened a case file comprised of the IFP application. The case was categorized as a civil rights action because the IFP application includes a caption in which plaintiff identifies himself as "Plaintiff" and "Cal. Dept. of Corr. & Rehab." as "Defendant."

1 | above-titled action is hereby DISMISSED without prejudice.  Plaintiff's application to
2 | proceed IFP is hereby DENIED.
3 |         This order terminates Docket No. 1.
4 |         The Clerk shall close the file.
5 |         IT IS SO ORDERED.
6 | DATED: November 13, 2007

MAXINE M. CHESNEY
United States District Judge