IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD VICTORIAN,

        No. CV-07-4677 MMC (PR)

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

  v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION,

        Defendant.

_____/

    **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice. Plaintiff's application to proceed IFP is hereby DENIED.

Dated: November 13,2007           Richard W. Wieking, Clerk

                          *Tracy Lucero*

                          By: Tracy Lucero
                          Deputy Clerk